UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLOS A. ORTEGA,

    Plaintiff,

  v.

JOSE VILLAGOMEZ, et al.,

    Defendants.

Case No. 14-cv-03783-HSG (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on March 23, 2016, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff

    ( ) Warden or warden's representative

    ( ) Office of the California Attorney General

    ( X ) Other: Aimee Logan, Office of the County Counsel

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( ) The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

( X )  The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: March 30, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. ORTEGA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE VILLAGOMEZ, et al.,<br><br>　　　　Defendants. | Case No.  14-cv-03783-HSG   (NJV)<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on March 30, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carlos A. Ortega ID: #210931-2  T-18
Napa State Hospital
2100 Napa Vallejo Hwy.
Napa, CA 94558-6293

Dated: March 30, 2016

　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　By._____
　　　　　　　　　　　　　　　　　Gloria Knudson, Deputy Clerk to the
　　　　　　　　　　　　　　　　　Honorable NANDOR J. VADAS