UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. ORTEGA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE VILLAGOMEZ, et al.,<br><br>    Defendants. | Case No. 14-cv-03783-HSG (PR)<br><br>**ORDER REFERRING CASE TO FEDERAL PRO BONO PROJECT** |

On August 8, 2014, plaintiff Carlos Armando Ortega, an insanity acquittee housed at Napa State Hospital, filed this *pro se* civil rights action under 42 U.S.C. § 1983 against staff at the Santa Clara County Jail ("SCCJ"), where he was previously housed as a post-arraignment pretrial detainee. On September 3, 2015, the Court denied the parties' cross-motions for summary judgment, referred this case to Magistrate Judge Nandor Vadas for mediation, and administratively closed the file. On March 30, 2016 Judge Vadas reported that the case did not settle.

Accordingly, good cause appearing,

1.    The Clerk shall reopen this action.

2.    Plaintiff is REFERRED to the Federal Pro Bono Project for location of pro bono counsel. The Clerk shall forward to the Federal Pro Bono Project a copy of this order.

3.    Upon an attorney being located to represent plaintiff, that attorney shall be appointed as counsel for plaintiff in this matter until further order of the Court.

1    4.   All proceedings in this action are stayed until four weeks from the date an attorney
2 is appointed.  Once such attorney is appointed, the Court will schedule a case management
3 conference.

4    **IT IS SO ORDERED.**

5 Dated: 4/6/2016

```
                                            _____
                                            HAYWOOD S. GILLIAM, JR.
                                            United States District Judge
```