UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. ORTEGA,<br><br>   Plaintiff,<br><br>  v.<br><br>JOSE VILLAGOMEZ, et al.,<br><br>   Defendants. | Case No. 14-cv-03783-HSG (PR)<br><br>**ORDER APPOINTING COUNSEL** |

  Per order filed on April 6, 2016, the court referred plaintiff to the Federal Pro Bono Project ("FPBP") to find a volunteer attorney to represent him. FPBP has informed the court that attorney Matthew Borden of Braun Hagey & Borden LLP, 220 Sansome Street, 2nd Floor, San Francisco, CA 94104, has agreed to serve as appointed pro bono counsel for plaintiff in this action. The Court is grateful for the firm's interest and commitment and, good cause shown, APPOINTS Matthew Borden of Braun Hagey & Borden LLP as counsel for plaintiff in this matter pursuant to 28 U.S.C. § 1915(e)(1). The scope of this referral shall be for all purposes for the duration of this case. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the court's website.

  The Clerk shall set this matter for a case management conference within 120 days of this order. All proceedings in this action are stayed until that time. In light of the appointment of counsel for him and plaintiff's custodial status, plaintiff need not attend the case management conference. The parties shall file a joint case management statement no later than seven calendar days before the case management conference

The Clerk is further directed to add plaintiff's appointed counsel to the docket and serve a copy of this order upon plaintiff and upon counsel for both parties. The Clerk shall also send a copy of this order to FPBP.

**IT IS SO ORDERED.**

Dated: 4/12/2016

*(signature)*
HAYWOOD S. GILLIAM, JR.
United States District Judge