United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

CARLOS A. ORTEGA,

          Plaintiff,

    v.

ROBERT BARBASA, et al.,

          Defendants.

Case No.  14-cv-03783-HSG  (NJV)

**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Re: Dkt. No. 77

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum

for the person of CARLOS A. ORTEGA, inmate no.210931-2-T, presently in custody at Napa

State Hospital, as the presence of said witness will be necessary at proceedings in the above-

entitled cause and thereafter as may be required.

Dated: November 9, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Warden, Napa State Hospital

GREETINGS

WE COMMAND that you have and produce the body of CAROLOS A. ORTEGA, inmate

no.210931-2-T , in your custody in the hereinabove-mentioned institution, before the United

States District Court at 450 Golden Gate Avenue in San Francisco, California, Courtroom D, at

United States District Court
Northern District of California

1    10:00 a.m., on December 8, 2016, in order that said prisoner may then and there participate in the

2    SETTLEMENT CONFERENCE in the matter of ORTEGA v. BARBASA, et al, and at the

3    termination of said hearing return him forthwith to said hereinabove-mentioned institution, or

4    abide by such order of the above-entitled Court as shall thereafter be made concerning the custody

5    of said prisoner, and further to produce said prisoner at all times necessary until the termination of

6    the proceedings for which his testimony is required in this Court;

7          Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District

8    Court for the Northern District of California.

9

10

11   Dated: November 9, 2016

12                                    SUSAN Y. SONG
                                      CLERK, UNITED STATES DISTRICT COURT
13
                                           By: Linn Van Meter
14                                              Administrative Law Clerk

15

16

17

18   Dated:  November 9, 2016                

19                                    

20

21

22

23

24

25

26

27

28

2