UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. ORTEGA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSE VILLAGOMEZ, et al.,<br><br>        Defendants. | Case No.14-cv-03783-HSG<br><br>**ORDER TO SHOW CAUSE** |

On December 8, 2016, the parties agreed to a settlement of this case following a settlement conference with Magistrate Judge Vadas. Accordingly, the Court filed a Conditional Order of Dismissal on December 27, 2016. Dkt. No. 80. Although represented by counsel, Plaintiff then filed a purported pro se "Disapproval of Settlement Agreement and General Release" on February 14, 2017. Dkt. No. 81.

The Court **ORDERS** Plaintiff's counsel to show cause why this action should not be dismissed pursuant to the settlement agreement. The Court further vacates the 60-day deadline to certify that the agreed consideration for the settlement was not delivered, set in the Conditional Order of Dismissal, to allow adequate time for counsel to respond. Counsel must file a statement of five pages or less by March 2, 2017, responding to this order to show cause.

**IT IS SO ORDERED.**

Dated: 2/23/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge